NVB 4001 (Rev. 12/15)

## * * § 362 INFORMATION SHEET * *

CARNELL PERRY  
DEBTOR  
Carvana, LLC  
MOVANT

18-14251-mkn  
BK-  
CHAPTER: 13

JRB-1  
MOTION #:

### Certification of Attempt to Resolve the Matter Without Court Action:

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: 11/19/2018   Signature: /s/ Jennifer R. Bergh  
*Attorney for Movant*

PROPERTY INVOLVED IN THIS MOTION: 2016 Mazda 6  
NOTICE SERVED ON: Debtor(s) ✔ ; Debtor's counsel ✔ ; Trustee ✔ ;  
DATE OF SERVICE: 11/19/2018

**MOVING PARTY'S CONTENTIONS:**  
The EXTENT and PRIORITY of LIENS:

1st _____  
2nd _____  
3rd _____  
4th _____  
Other: Carvana LLC  
Total Encumbrances: 15,705.38

APPRAISAL of OPINION as to VALUE:  
Average Trade-In value is $13,625.00 per NADA Guide attached to the Declaration.

**DEBTOR'S CONTENTIONS:**  
The EXTENT and PRIORITY of LIENS:

1st _____  
2nd _____  
3rd _____  
4th _____  
Other: _____  
Total Encumbrances: _____

APPRAISAL of OPINION as to VALUE:

**TERMS of MOVANT'S CONTRACT with the DEBTOR(S):**

Amount of Note: 31,914.07  
Interest Rate: 25.45%  
Duration: 72 months  
Payment per Month: 71 monthly payments in the amount of $383.00, one final payment due in the amount of $221.07.  
Date of Default: 02/15/2018  
Amount in Arrears: $3,472.00  
Date of Notice of Default: _____  
SPECIAL CIRCUMSTANCES:  
Debtor has not made a single payment due. Debtor had one prior petition pending and did not tender a post-petition payment to Creditor.  
SUBMITTED BY: _____

**DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT:**

.  
.  
.  
.  
.  
.  
.  
SPECIAL CIRCUMSTANCES:

SUBMITTED BY: _____  
SIGNATURE: _____